No. 10–1370. WEGA *v.* CENTER FOR DISABILITY RIGHTS, INC. C. A. 2d Cir. Certiorari denied.

No. 10–1373. YECHESKEL ET UX. *v.* BANK OF AMERICA CORP. ET AL. C. A. 4th Cir. Certiorari denied.

No. 10–1374. DAVIS *v.* KIA MOTORS AMERICA, INC., ET AL. C. A. 4th Cir. Certiorari denied.

No. 10–1375. LEE *v.* EPPS, COMMISSIONER, MISSISSIPPI DEPARTMENT OF CORRECTIONS. C. A. 5th Cir. Certiorari denied.

No. 10–1378. ELLIS ET AL. *v.* DHL EXPRESS INC. (USA) ET AL. C. A. 7th Cir. Certiorari denied.

No. 10–1380. RODRIGUEZ ET AL. *v.* BA EOLA, LLC. C. A. 11th Cir. Certiorari denied.

No. 10–1382. REARDON *v.* LEASON ET AL. C. A. 3d Cir. Certiorari denied.

No. 10–1385. GROSZ ET AL. *v.* MUSEUM OF MODERN ART. C. A. 2d Cir. Certiorari denied.

No. 10–1388. MARTIN *v.* FENNER ET UX. Sup. Ct. Va. Certiorari denied.

No. 10–1390. REED ET VIR *v.* GUTIERREZ ET AL. Ct. App. N. M. Certiorari denied.

No. 10–1391. ST. ELIZABETH'S CHILD CARE CENTER *v.* PENNSYLVANIA DEPARTMENT OF PUBLIC WELFARE. Commw. Ct. Pa. Certiorari denied.

No. 10–1394. GODLEY *v.* NORTH CAROLINA DEPARTMENT OF HEALTH AND HUMAN SERVICES ET AL. C. A. 4th Cir. Certiorari denied.

No. 10–1395. UNITED AIRLINES, INC. *v.* HUGHES. C. A. 7th Cir. Certiorari denied.

No. 10–1396. DARVISHIAN *v.* MCHUGH, SECRETARY OF THE ARMY. C. A. 4th Cir. Certiorari denied.